USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/08

ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-2712
Fax. (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                :
ANDRE LILLY,                    :
                                :
            Plaintiff,          :
                                :
       - v. -                   :
                                :   STIPULATION AND ORDER
MICHAEL J. ASTRUE,              :   08 Civ. 3020 (SAS)
Commissioner of                 :
Social Security,                :
                                :
            Defendant.          :
                                :
- - - - - - - - - - - - - - - - x


     IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff <u>pro se</u>, that the defendant's <u>time to answer or move</u> with respect to the complaint in the above-captioned action is extended from June 23, 2008 to and including August 25, 2008.  The reason for the request is

because the defendant's counsel has not yet been able to complete his review of the administrative record.  No prior extension has been requested in this case. *No further extensions.*

Dated: New York, New York
       May 21, 2008

_____
ANDRE LILLY
Plaintiff pro se
459 West 147th Street
  Apt.#B-B
New York, New York  10031


MICHAEL J. GARCIA
United States Attorney
Southern District of New York
Attorney for Defendant


By: _____
JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Telephone No.: (212) 637-2712
John.Gura@usdoj.gov


SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

6/5/08