Scheindlin

[ ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-2712
Fax. (212) 637-2750



RECEIVED
CHAMBERS OF
AUG 25 2008
JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
ANDRE LILLY,

        Plaintiff,

  - v. -

MICHAEL J. ASTRUE,
Commissioner of
Social Security,

        Defendant.
- - - - - - - - - - - - - - - - - x

STIPULATION AND ORDER
08 Civ. 3020 (SAS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08

IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff pro se, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from August 25, 2008 to and including October 10, 2008.  The reason for the request is

Request denied. Defendant may have until September 12, 2008 to move or answer. No further extensions will be granted. So Ordered - [signature] USDJ 8/25/08

because the defendant's counsel has not yet been able to complete his review of the administrative record. One previous extension has been granted in this case.

Dated: New York, New York
       August 18 , 2008

ANDRE LILLY
Plaintiff pro se
459 West 147th Street
  Apt.#B-B
New York, New York  10031


MICHAEL J. GARCIA
United States Attorney
Southern District of New York
Attorney for Defendant


By: 
JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Telephone No.: (212) 637-2712
John.Gura@usdoj.gov


SO ORDERED:


_____
UNITED STATES DISTRICT JUDGE

